UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYNTREL TREVYONE JACKSON,

                Plaintiff,

    v.

TIMOTHY M. THRASHER, et al.

                Defendants.

CASE NO. C20-5016 BHS-DWC

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 54. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's Motion for Preliminary Injunction and Appointment of Counsel, Dkt. 50, is **DENIED**.

Dated this 4th day of January, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER