1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

KYNTREL TREVYONE JACKSON,

11

Plaintiff,

12

v.

13

TIMOTHY M. THRASHER, et al.,

14

Defendant.

CASE NO. 3:20-CV-5016-BHS-DWC

ORDER STRIKING SURREPLY

15

16    The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United

17   States Magistrate Judge David W. Christel. On May 18, 2018, Plaintiff filed a surreply to

18   Defendants' Reply in support of their motion for summary judgment. Dkt. 62. Pursuant to Local

19   Rule CR 7(g)(2), surreplies are limited to requests to strike material contained in or attached to a

20   reply brief. "Extraneous argument or a surreply filed for any other reason will not be

21   considered." *Id*; *see also Herrnandez v. Stryker Corp.*, 2015 WL 11714363, at *2 (W.D. Wash.

22   Mar. 13, 2015). Plaintiff does not request to strike material contained in Defendants' Reply;

23   rather, he provides additional argument. *See* Dkt. 62. Therefore, the Court directs the Clerk to

24

1  strike Plaintiff's surreply (Dkt. 62). The Court will not consider Docket Entry 62 when ruling on

2  Defendants' Motion for Summary Judgment.

3      Dated this 8th day of March, 2021.

4

5                                                David W. Christel
                                                 United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER STRIKING SURREPLY - 2