UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYNTREL TREVYONE JACKSON,

    Plaintiff,

v.

TIMOTHY M. THRASHER, et al.,

    Defendants.

CASE NO. C20-5016 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 65. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion for summary judgment, Dkt. 45, is **GRANTED**, and Plaintiff's claims are **DISMISSED with prejudice**;

\\

\\

(3) The Clerk shall enter JUDGMENT and close this case; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 17th day of May, 2021.

BENJAMIN H. SETTLE
United States District Judge